UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wipaire, Inc.,                                                          Civil No. 06-1265 (MJD/SRN)

            Plaintiff,

                vs.                                                          **ORDER**

Michiels Int'l, Inc.,

            Defendant.

---

      Upon the Stipulation of Dismissal, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs to any party.

      LET JUDGMENT ENTER ACCORDINGLY.


Dated:  August 16, 2006                               s / Michael J. Davis
                                                            Michael J. Davis
                                                            United States District Judge